## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Lindsey Judge v. Bayer Corporation, et al.* | No. 11-cv-11767-DRH |
| *Kendra Kelsey v. Bayer Corporation, et al.* | No. 10-cv-10573-DRH |
| *Lindsey Kennedy v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11831-DRH |
| *Amanda Kiltz v. Bayer Corporation, et al.* | No. 10-cv-20125-DRH |
| *Alisha Kirkpatrick v. Bayer Corporation, et al.* | No. 10-cv-11520-DRH |
| *Allison Knight v. Bayer Healthcare Pharmaceuticals, Inc., et al.* | No. 10-cv-12374-DRH |
| *Angela Kopecky v. Bayer Corporation, et al.* | No. 10-cv-12235-DRH |
| *Ashley Lambert v. Bayer Corporation, et al.* | No. 11-cv-12881-DRH |
| *Catherine Lazauskas v. Bayer Corporation, et al.* | No. 13-cv-10370-DRH |
| *April L. Leonard v. Bayer Corporation, et al.* | No. 12-cv-10288-DRH |
| *Kristie Leonard v. Bayer Corporation, et al.* | No. 10-cv-11311-DRH |
| *Sara Lestage v. Bayer Corporation, et al.* | No. 10-cv-20250-DRH |
| *Dominique Lewis v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11859-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 30, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:** __/s/*Caitlin Fischer*__
**Deputy Clerk**

**Dated:**  July 31, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.31
09:17:27 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**